**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| STAR FINANCIAL SERVICES, INC<br>6679 Santa Barbara Road<br>Suite K<br>Elkridge, Maryland 21075<br><br>*Plaintiff*<br><br>v.<br><br>DC STARS, LLC<br>3420 Georgia Ave., NW<br>Washington, DC 20010<br><br>SERVE ON:<br>Kashun Tefera<br>5923 3rd Street, NW<br>Washington, DC 2011<br><br>and<br><br>MOHAMMED KALIFA<br>5932 3rd Street, NW<br>Washington, DC 20011<br><br>*Defendants* | *<br>*<br>*<br>*<br>*<br>*<br>*  Civil Action No.<br>*<br>*<br>*<br>*<br>*<br>*<br>* |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

**COMPLAINT**

Plaintiff, Star Financial Services, Inc. ("Star Financial") by and through its undersigned counsel, files this Complaint against Defendants DC Star, LLC and Mohammed Kalifa and states as follows:

**PARTIES AND JURISDICTION**

1.  Star Financial Services, Inc. is an incorporated business, registered in the state of Maryland, with a principal place of business at 6679 Santa Barbara Road, Suite K, Elkridge,

Maryland 21075 ("Star Financial"). Star Financial provides ATM sales and processing services to businesses located in Maryland, District of Columbia, and Virginia.

2. DC Stars, LLC is a limited liability company formed under the laws of the District of Columbia with a principal place of business at 3420 Georgia Avenue, NW, Washington, DC 20010 ("DC Stars").

3. Mohammed Kalifa is the owner of DC Stars and resides at 5932 3rd Street, NW, Washington, DC 20011.

4. Subject matter jurisdiction is invoked under 28 USC § 1332(a)(1). Venue in this Court is proper pursuant to 28 USC § 1391(b)(1).

## FACTS

5. Star Financial provides automated teller machine ("ATM") sales and processing services in Maryland, District of Columbia, and Virginia and has a network of over 250 ATM's either owned or processed by Star Financial.

6. Star Financial stocks its ATM's with currency for customer withdrawals and at the end of each day, the total amount withdrawn from each Star Financial ATM is debited from the customers' bank accounts and credited to the bank accounts of Star Financial.

7. In September 2015 Star Financial began transitioning the payment processing of its ATM portfolio between vendors, from Worldpay to Columbus Data Services ("CDS"). As part of the transition, Star Financial provided CDS with a list of bank accounts detailing where to deposit processed transactions. Star Financial initially provided CDS an incorrect bank account number for two of its ATM's, but this error soon was detected by Star Financial and CDS was provided Star Financial's corrected bank account number prior to the transition from Worldpay

to CDS. The incorrect bank account number associated with the two affected ATM's belonged to Defendants DC Stars and Mohammed Kalifa's.

8. Star Financial believed that CDS had corrected the error, but unbeknownst to Star Financial, CDS failed to make this correction prior to CSD assuming Star Financial's ATM processing in November 2015.

9. CDS improperly deposited $250,900 into Defendants' bank account between November 2015 and March 2016.

10. Defendants had knowledge that improper daily deposits of approximately $4,000 from Star Financial were being credited to their bank account, but failed to notify CDS or Star Financial.

11. Defendants' average daily deposit from CDS prior to the Star Financial's transition to CDS in November 2015 was approximately $100 and therefore Defendants had constructive, if not actual knowledge by the sheer magnitude of the increase in daily deposit amounts, that such deposits were improper.

12. Star Financial first determined that $250,900 had been deposited into Defendants' bank account, without Star Financial's knowledge or consent, on March 17, 2016.

13. Star Financial contacted Defendants March 18, 2015, the day following its discovery of the mistaken deposits, and Defendants admitted to having received the bank deposits and to having already spent a portion of the deposits.

14. On March 18, 2016, CDS attempted two electronic debits from Defendants' bank account in the amounts of $222,240 and $28,660 to reverse the improper deposits associated with Star Financial's two ATM's. The larger debit of $222,240 was returned for insufficient funds and the smaller debit of $28,660 cleared, both on March 21, 2016. Defendants voluntarily

transferred to Star Financial $66,503.68 on March 23, 2016, making the total amount returned to Star Financial $95,163.68.

15. Defendants have not returned the balance of $155,736.32 owed to Star Financial.

### COUNT I: UNJUST ENRICHMENT

16. Plaintiff incorporates by reference Paragraphs 1-15.

17. Monies rightfully belonging to Star Financial were mistakenly deposited into Defendants' bank account by CDS without Star Financial's knowledge or consent.

18. Defendants knew, or should have known that the monies being received from CDS beginning November 2015 were not earned from Defendants' own ATM's as the amounts deposited far exceeded the average daily deposits generated by Defendants' ATM's prior to that date.

19. Defendants failed to return to CDS monies owed to Star Financial and failed to notify Star Financial that they had mistakenly received the monies.

20. Defendants have been unjustly enriched, by their wrongful acceptance and retention of Star Financial's deposits and it would be inequitable for them to retain the benefit of such enrichment.

WHEREFORE, Plaintiff Star Financial Services prays for Judgment against Defendants in the amount of $155,736.32, plus interests, costs and any and all other relief to which this Court may deem necessary.

### COUNT II: CONVERSION

21. Plaintiff incorporates by reference Paragraphs 1-20.

22. Star Financial's money was wrongly and erroneously deposited into Defendants' bank account by CDS.

23. Defendants had knowledge that the money that was deposited into their bank account was not their money and not intended for them.

24. Defendants used the money that was deposited into their bank account without permission or justification.

25. Defendants converted the money and used it to for their own use.

26. Star Financial requested the return of the improper deposits, but Defendants have failed and refused to return $155,736.32 owed Star Financial.

WHEREFORE, Plaintiff Star Financial Services prays for Judgment against Defendants in the amount of $155,736.32, plus interests, costs and any and all other relief to which this Court may deem necessary.

/s/ Rebekah D. Lusk
Rebekah D. Lusk, Esq.
(Bar No: MD 29353)
Thienel & Lusk, LLC
100 N. Court Street
Frederick, Maryland 21701
Phone/Fax: 443-535-9716
Email: rlusk@TL-Law.com

*Counsel for Plaintiff*